```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  Assistant United States Attorney
    California State Bar No. 107014
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3532
         Facsimile: (714) 338-3523
 7       e-mail   : marcus.kerner@usdoj.gov

 8  Attorneys for Defendants
```



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| XIWANG ZHANG, | ) | No. SA CV 07-1240 CJC(RNBx) |
| | ) | [PROPOSED] |
| Plaintiff, | ) | DISMISSAL ORDER |
| v. | ) | |
| JANE ARELLANO, ETC, ET AL, | ) | [FRCP 41(a)(1)] |
| Defendants. | ) | |

Upon the stipulation of the parties, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear their own costs and fees.

Dated this __21st__ day of __February__, 2008

_____
UNITED STATES DISTRICT JUDGE

1  PRESENTED BY:

2  THOMAS P. O'BRIEN
   United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division

5
   _/S/ MMK_____
6  MARCUS M. KERNER
   Assistant United States Attorney
7  Attorneys for Defendants